# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,            :     No. 242 EAL 2020
                                         :
    Respondent                       :
                                         :     Petition for Allowance of Appeal
    v.                               :     from the Order of the Superior Court
                                         :
IBRAHIM MUHAMMED,                        :
                                         :
    Petitioner                       :
                                         :
                                         :


COMMONWEALTH OF PENNSYLVANIA,            :     No. 243 EAL 2020
                                         :
    Respondent                       :
                                         :     Petition for Allowance of Appeal
    v.                               :     from the Order of the Superior Court
                                         :
IBRAHIM MUHAMMED,                        :
                                         :
    Petitioner                       :
                                         :
                                         :


COMMONWEALTH OF PENNSYLVANIA,            :     No. 244 EAL 2020
                                         :
    Respondent                       :
                                         :     Petition for Allowance of Appeal
    v.                               :     from the Order of the Superior Court
                                         :
IBRAHIM MUHAMMED,                        :
                                         :
    Petitioner                       :
                                         :

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of January, 2021, the Petition for Allowance of Appeal is **DENIED**.